<u>DEMAJ v. SAKAJ</u>, 09 CV 255 (JGM)

8/17/12 – ELECTRONIC ENDORSEMENT ON RESPONDENT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF LATE-DISCLOSED EXPERT, filed 1/27/12 (Dkt. #67)

   While there was substantial disagreement between the parties regarding the scope of evidence to be presented at the continued trial, commencing on September 5, 2012, during yesterday's telephonic status conference (<u>see</u> Dkt. #129), all counsel <u>did</u> agree that the only witnesses who will testify on September 5-10, 2012 will be the two fact witnesses, Respondent Frida Sakaj and Guardian Ad Litem Jennifer Davis, and the one or two expert witnesses, Dr. David Mantell and Dr. Benjamin Garber, will not testify until October 9-12, 2012, as appropriate.

   Therefore, Respondent's Motion in Limine to Exclude Testimony of Late-Disclosed Expert (Dkt. #67) <u>is denied without prejudice to renew, as appropriate, after the September session of trial has been completed</u>.