IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------X
                               :

ESHEREF DEMAJ,              :          Civ. No. 3:09 CV 255 (JGM)
Petitioner                 :
                               :
V.                            :
                               :
FRIDA SAKAJ,              :          DATE: SEPTEMBER 19, 2012
Respondent              :
                               :
---------------------------------------------X

## ORDER SEALING LIMITED FILINGS UNDER FED. R. CIV. P. 5.2(a)(3)

From the very first filing on February 11, 2009 of the Verified Petition for Return of Minor Children to Italy and Petition for Immediate Issuance of Show Cause Order to Respondent (Dkt. #1) through the conclusion of trial, both counsel made filings that include the full names of the three minor children at issue in this litigation, in violation of FED. R. CIV. P. 5.2(a)(3), which provides that "[u]nless the court orders otherwise," a minor should be referred to by his or her initials only.

Rather than require counsel to redact and refile these multiple filings, the Clerk's Office has restricted access to the following filings only to case participants and court users: Dkts. ##1, 2, 5, 8, 12, 13, 14, 17, 18, 24, 57, 62, 66, 77, 79, 81, 82, 83, 84, 105, 106, 112, 138, 159, 164, and 170.   In the event that a member of the public seeks access to any of these filings, the Court will then order counsel to redact and refile any filings to which access is sought.

Shortly after the referral of this file to this Magistrate Judge on January 10, 2012 and the eventual transfer of it on February 9, 2012 (Dkts. ##52, 80), she also filed two Orders and two Rulings that mentioned the oldest child, or all three children, by name.  These four filings now have been modified to refer to the oldest child, or all three children, by initials

only.   (Dkts. ##69, 72, 85, 89).

Dated at New Haven, Connecticut, this 19th day of September, 2012.

/s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge